IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 9 2007

JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 5-06-cr-00015-07 |
| v. | **ORDER** |
| ERIC CLARK TURNER, | By: Glen E. Conrad |
| Defendant. | United States District Judge |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: January 9, 2007

/s/ Glen E. Conrad
United States District Judge